UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CANDACE DUNLAP

ORDER OF RECUSAL

-against-

CV-15-1166 (DRH)(ARL)

NBTY, INC., ET AL

-----------------------------------------------------------------X

FILED
CLERK
3/11/2015 12:59 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Pursuant to 28 U.S.C. § 455, I must disqualify myself from serving as the District Judge assigned to the above case.

The Clerk is directed to randomly reassign the case from the Long Island wheel.

SO ORDERED.

_____
DENIS R. HURLEY
United States District Judge

Dated: Central Islip, New York
March 11, 2015